UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>  Plaintiff,<br><br>  v.<br><br>MCCORKLE, et al.,<br><br>  Defendants. | No. 2:23-cv-0953-TLN-CKD<br><br>**ORDER** |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 9, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. The time to file objections has passed, and Plaintiff did not file objections.

    The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 9, 2024 (ECF No. 11) are ADOPTED IN FULL;
2. This action will proceed on Plaintiff's Eighth Amendment claim against Defendant McCorkle for use of excessive force and Plaintiff's Eighth Amendment claim against Defendant Anansev for failure to protect;
3. All other claims are DISMISSED without prejudice; and
4. This action is referred back to the magistrate judge for further proceedings.

Date:  February 8, 2024

Troy L. Nunley
United States District Judge