UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>MCCORKLE, et al.,<br><br>    Defendants. | No.  2:23-cv-0953 TLN CKD P<br><br><br>ORDER |

On July 15, 2024, the court was informed in <u>Spence v. Johnson</u>, No. 2:21-cv-0692 DAD AC P that plaintiff is deceased.  Good cause appearing, IT IS HEREBY ORDERED that any motion to substitute plaintiffs under Rule 25(a) of the Federal Rules of Civil Procedure must be filed no later than October 14, 2024.  If a motion to substitute is not filed by that date, the court will recommend that this action be dismissed.

Dated:  July 17, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
spen2250.dea