UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>MCCORKLE, et al.,<br><br>    Defendants. | No. 2:23-cv-0953 TLN CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

       On July 15, 2024, the court was informed in <u>Spence v. Johnson</u>, No. 2:21-cv-0692 DAD AC P that plaintiff is deceased. Thereafter, the court ordered that any motion to substitute plaintiffs under Rule 25(a) of the Federal Rules of Civil Procedure must be filed no later than October 14, 2024. No motion to substitute has been filed. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after service of these findings and recommendations, any written objections may be filed with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen

/////

1

days after service of the objections.  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 23, 2024

                                             _/s/ Carolyn K. Delaney_____
                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE

1
spen0953.dea